IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14CV409-RLV

| | |
|---|---|
| VICTORIA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BEFORE THE COURT** is its own motion to dismiss the case for failure to comply with its Order dated July 30, 2014. On July 30, 2014, this Court granted in part and denied in part Plaintiff's Application to Proceed Without Prepayment of Fees. (Doc. 3, ¶ 1). Specifically, the Court found that Plaintiff had sufficient funds to pre-pay a portion of the $400.00 filing fee. (*Id.*) Accordingly, the Court ordered Plaintiff to remit $75.00 towards the filing fee within thirty (30) days. (*Id.*, ¶ 2). The Order expressly cautioned that "**[f]ailure to comply with the instant directive could result in the summary dismissal of Plaintiff's case.**" (*Id.*, ¶ 2). More than thirty days have elapsed since the date of the July 30, 2014 Order and Plaintiff has failed to pre-pay his costs.

**IT IS, THEREFORE, ORDERED THAT** Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 26, 2015

Richard L. Voorhees
United States District Judge